PAINTED POST LUMBER COMPANY, Respondent, *v.* HARRIS BARTH, Appellant, and JEANETTE F. SAXTON, Respondent, Impleaded with Others.

*Painted Post Lumber Company* v. *Barth*, 163 App. Div. 935, affirmed.
(Argued October 15, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 2, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien for lumber sold to the defendants Emanuel Miller and Mary A. Miller, and used by them in remodeling a building upon lands owned by said Millers under a contract for the purchase thereof of the defendant, appellant, Harris Barth. From a judgment foreclosing said mechanic's lien and adjudging that the interests of said Barth in the real property be first sold to satisfy

the plaintiff's claim and the costs and expenses of sale, the said Barth appealed.

*James O. Sebring* for appellant.

*Warren J. Cheney* and *Frank H. Hausner* for plaintiff, respondent.

*Frank J. Saxton* for defendant, respondent.

Judgment affirmed, with a separate bill of costs to each respondent appearing on the argument against appellant personally; no opinion.

· Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.